IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01330-RPM

CHALAE N. COLLARD,

        Plaintiff,

v.

INTERNATIONAL BUSINESS MACHINES CORP.,
a New York corporation, and
SPHERION PACIFIC ENTERPRISES, LLC,
a Delaware corporation,

        Defendants.
_____

## ORDER OF RECUSAL
_____

Because my wife is a stockholder of defendant International Business Machines Corp., I must recuse myself from handling this action. It is therefore

ORDERED that the Clerk shall reassign this case to another judge.

DATED: July 18th, 2005.

        BY THE COURT:

        _____
        Richard P. Matsch, Senior District Judge