IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01330-REB-PAC

CHALAE N. COLLARD, an individual,

      Plaintiff(s),

v.

INTERNATIONAL BUSINESS MACHINES, CORP., a New York Corporation, and
SPHERION PACIFIC ENTERPRISES, LLC., a Delaware corporation,

      Defendant(s).

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that the Unopposed Motion for Entry of Stipulated
Protective Order is **GRANTED.**  The attached Protective Order is made an Order of the
Court this date.

Dated:  October 6, 2005