## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No.  05-cv-01330-REB-PAC

CHALAE N. COLLARD, an individual,

    Plaintiff,

v.

INTERNATIONAL BUSINESS MACHINES, CORP., a New York corporation, and SPHERION PACIFIC ENTERPRISES, LLC., a Delaware corporation,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

On November 3, 2005, the parties filed a **Stipulation of Dismissal With Prejudice** [#23].  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#23], filed on November 3, 2005, is **APPROVED**;

2. That this action is **DISMISSED WITH PREJUDICE**;

3. That the parties shall pay their own attorney fees and costs;

4. That the Trial Preparation Conference set for February 23, 2007, is **VACATED**; and

    5.  That the jury trial set to commence March 12, 2007, is **VACATED**.

Dated November 4, 2005, at Denver, Colorado.

                                             BY THE COURT:

                                             s/ Robert E. Blackburn
                                             Robert E. Blackburn
                                             United States District Judge